## JAMES MAY
v.
## PETER DESNOYER

1811

### JOURNAL ENTRIES

1. Appeal filed . . . . . . . . . . . *Journal, infra,* *p. 390
2. Continuance . . . . . . . . . . . . . " 392

### PAPERS IN FILE

1. Copy of J. P. record . . . . . . . . . . . . .